## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MINDY HEATHER GRANT,<br><br>    Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CELTIC BANK, COMENITY BANK, THE HALLSTROM LAW FIRM, PLLC, MIDLAND FUNDING LLC, TD BANK USA, N.A., and WELLS FARGO, N.A.,<br><br>    Defendants. | CASE NO. 1:24-cv-02356-MLB-RDC |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE HALLSTROM LAW FIRM, PLLC.

COMES NOW Plaintiff, MINDY HEATHER GRANT, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant, THE HALLSTROM LAW FIRM, PLLC ("Hallstrom Law"). Defendant, Hallstrom Law, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 13th day of June, 2024.

        **/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Suite 916
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 13th day of June, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/ Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar No.: 617963
The Consumer Lawyers
*Attorney for Plaintiff*